**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Jennifer Lorene Hatfield Griffin, Appellant.

Appellate Case No. 2014-002042

_____

Appeal From Florence County
Deadra L. Jefferson, Circuit Court Judge

_____

Unpublished Opinion No. 2016-UP-027
Submitted December 1, 2015 – Filed January 20, 2016

_____

**APPEAL DISMISSED**

_____

Chief Appellate Defender Robert Michael Dudek, of
Columbia, for Appellant.

Matthew C. Buchanan, of the South Carolina Department
of Probation, Parole & Pardon Services, of Columbia, for
Respondent.

_____

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, GEATHERS, and MCDONALD, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.